No. 02–759. BLUE RIBBON PROPERTIES, INC., DBA LONG HOLLOW LANDFILL *v.* HARDIN COUNTY FISCAL COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–765. CALIFORNIA ET AL. *v.* PAIGE. C. A. 9th Cir. Certiorari denied.

No. 02–783. BELLSOUTH ADVERTISING & PUBLISHING CORP. *v.* TENNESSEE REGULATORY AUTHORITY ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 02–818. HAWKINS *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 02–823. ASTER *v.* ASTER. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 02–831. WILKINSON *v.* WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–833. WILLIAMS *v.* VALENCIA COUNTY SHERIFF'S OFFICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–837. ROLLESTON *v.* ESTATE OF SIMS ET AL. Ct. App. Ga. Certiorari denied.

No. 02–838. MORLEY *v.* HARVEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–841. MACKIE *v.* RIESER ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–847. BLIXT ET AL. *v.* BLIXT. Sup. Jud. Ct. Mass. Certiorari denied.

No. 02–848. SOUTHERN CLAY PRODUCTS, INC. *v.* UNITED CATALYSTS, INC. C. A. Fed. Cir. Certiorari denied.

No. 02–851. WINTERS *v.* MTL SYSTEMS, INC., ET AL. C. A. 6th Cir. Certiorari denied.